**IV. CONCLUSION**

For the foregoing reasons, the Court GRANTS Defendant's motion to dismiss for failure to exhaust administrative remedies. This dismissal is without prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 27, 2014

_____
LUCY H. KOH
United States District Judge